**STATE of Missouri, Respondent,**

v.

**Rolland O'Dale DEACON, Appellant.**

**No. 48774.**

Missouri Court of Appeals,
Eastern District,
Northern Division.

June 28, 1985.

Motion for Rehearing and/or Transfer to Supreme Court Denied Aug. 28, 1985.

Application to Transfer Denied
Oct. 16, 1985.

Rolland O'Dale Deacon, pro se.

William Webster, Atty. Gen., T. Chad Farris, Asst. Atty. Gen., Jefferson City, for respondent.

### ORDER

PER CURIAM:

This is a direct appeal from conviction for two counts of receiving stolen property in violation of § 570.080 RSMo 1978. The appellant was sentenced to ten years after a finding that he was a persistent offender. No jurisprudential purpose would be served by a written opinion. The judgment of the trial court is affirmed pursuant to Rule 30.25(b).